COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Charles Yeach v. Landry's, Inc. Downtown Aquarium

Appellate case number:   01-18-01024-CV

Trial court case number: 2016-18324

Trial court:             61st District Court of Harris County

Appellee, Landry's Inc. Downtown Aquarium, has filed a motion to dismiss this appeal for lack of jurisdiction. Appellee asserts that appellant's November 12, 2018 notice of appeal was untimely filed 15 days after the October 29, 2018 deadline and appellant has not filed a motion to extend the deadline. Appellee's motion to dismiss is **denied**. In civil cases, a motion for extension of time is implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Rule 26.1, but within the fifteen-day extension period provided by Rule 26.3. *See Hernandez v. Nat'l Restoration Techs., L.L.C.*, 211 S.W.3d 309, 310 n.1 (Tex. 2006) (per curiam); *Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997).

Although we deny the motion to dismiss, the Court notes that appellant has failed to file his brief in this appeal. Unless appellant files his brief within **10 days** of this order, this appeal will be dismissed for want of prosecution.

It is so ORDERED.


Judge's signature: ___/s/ Gordon Goodman_____
                            Acting individually


Date: ___February 7, 2019____